**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAROLYN R. MILLER, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:10-cv-1042-RBW/JMF |
| ) | |
| COMMUNITY CONNECTIONS, INC., ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Carolyn R. Miller and defendant Community Connections, Inc., by and through their undersigned counsel, stipulate to dismiss the above-referenced case with prejudice, with each party to bear its own attorneys' fees and costs, and with the Court's approval of the settlement agreement reached between the parties in conference with Magistrate Judge John M. Facciola on April 6, 2011.

| For plaintiff: | For defendant: |
|---|---|
| /s/ | /s/ |
| Joseph Semo (DC Bar No. 237461) | Thomas S. Williamson, Jr. (DC Bar No. 217729) |
| SEMO LAW GROUP | Lindsay B. Burke (DC Bar No. 979908) |
| 1800 M Street, NW, Suite 730 S | COVINGTON & BURLING LLP |
| Washington, D.C. 20036 | 1201 Pennsylvania Ave., N.W. |
| (202) 833-1444 (Telephone) | Washington, DC 20004-2401 |
| (202) 478-0919 (Fax) | (202) 662-5438 (Telephone) |
| joesemo@joesemo.com | (202) 778-5438 (Fax) |
| /s/ | lburke@cov.com |
| Arthur Rogers (DC Bar No. 390844) | |
| EMPLOYMENT JUSTICE CENTER | *Attorneys for Defendant Community* |
| 727 15th Street, NW, 2nd Floor | *Connections, Inc.* |
| Washington, D.C. 20005 | |
| (202) 828-9675 ext. 21 (Telephone) | |
| (202) 828-9190 (Fax) | April 25, 2011 |
| *Attorneys for Plaintiff Carolyn R. Miller* | |

It is SO ORDERED this ___ day of April, 2011.

_____
Reggie B. Walton
United States District Judge