## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN R. MILLER,<br>　　　　　　Plaintiff,<br><br>v.<br><br>COMMUNITY CONNECTIONS, INC.,<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:10-cv-1042-RBW/JMF<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Carolyn R. Miller and defendant Community Connections, Inc., by and through their undersigned counsel, stipulate to dismiss the above-referenced case with prejudice, with each party to bear its own attorneys' fees and costs, and with the Court's approval of the settlement agreement reached between the parties in conference with Magistrate Judge John M. Facciola on April 6, 2011.

For plaintiff:
_____/s/_____
Joseph Semo (DC Bar No. 237461)
SEMO LAW GROUP
1800 M Street, NW, Suite 730 S
Washington, D.C. 20036
(202) 833-1444 (Telephone)
(202) 478-0919 (Fax)
joesemo@joesemo.com
_____/s/_____
Arthur Rogers (DC Bar No. 390844)
EMPLOYMENT JUSTICE CENTER
727 15th Street, NW, 2nd Floor
Washington, D.C. 20005
(202) 828-9675 ext. 21 (Telephone)
(202) 828-9190 (Fax)
*Attorneys for Plaintiff Carolyn R. Miller*

For defendant:
_____/s/_____
Thomas S. Williamson, Jr. (DC Bar No. 217729)
Lindsay B. Burke (DC Bar No. 979908)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-5438 (Telephone)
(202) 778-5438 (Fax)
lburke@cov.com

*Attorneys for Defendant Community Connections, Inc.*

April 25, 2011

It is SO ORDERED this 2nd day of May, 2011.

Reggie B. Walton
United States District Judge